UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEROL MCLEOD, | ) | CASE NO. ED CV 07-365-DSF (PJW) |
| Petitioner, | ) ) ) | |
| v. | ) ) | J U D G M E N T |
| DEBRA DEXTER, et al., | ) ) | |
| Respondents. | ) ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 8/9/10 .

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\McLeod Judgment.wpd