UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROL MCLEOD,<br><br>        Petitioner,<br><br>    v.<br><br>DEBRA DEXTER, et al.,<br><br>        Respondents. | CASE NO. ED CV 07-365-DSF (PJW)<br><br>J U D G M E N T |

    Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:   12-21-10  .

                          DALE S. FISCHER
                          UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\MCLEOD, J 365\Judgment.wpd